IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE AND JOHN DOE, minors by their mother and next friend, Carla Saulsbury and Carla Saulsbury, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 03 C 8786 |
| THE COUNTY OF KANKAKEE, a body politic and corporate, et al., | ) ) ) ) | Judge St. Eve Magistrate Schenkier |
| Defendants. | ) ) | |

FILED OCT 28 2004
JUDGE AMY ST. EVE
United States District Court

DOCKETED
OCT 29 2004

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the plaintiffs, Jane Doe and John Doe, minors by their mother and next friend, Carla Saulsbury and Carla Saulsbury, an individual and defendants, Perry Group, Ltd., Tony Perry & Associates, Inc. and Tony Perry, individually, (collectively, the "Perry Defendants"), acting through their respective attorneys, that the above-entitled action be dismissed with prejudice as to the Perry Defendants.

_____
Attorney for Plaintiff
Mark Daniel
Rathje & Woodward
300 E. Roosevelt Rd.
Wheaton, IL 60187

_____
Attorneys for Defendants Perry Group, Ltd.,
Tony Perry & Associates, Inc., and Tony
Perry
PRETZEL & STOUFFER, Chartered
Richard M. Waris
James J. Sipchen
Michael A. Faccenda
One South Wacker Dr.
Suite 2500
Chicago, IL 60606

N:\wpdata\RWaris\58627.999\pleadings\StipDissDOE

46