Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 8786 | DATE | 12/8/2004 |
| CASE TITLE | Doe vs. County of Kankakee | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing held and continued to 1/6/05 at 9:00 A.M..
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiffs' oral motion to extend fact discovery is granted. Fact discovery to close 1/10/05. Plaintiffs' expert disclosures with reports due 1/24/05. Rebuttal expert disclosures with reports due 2/16/05. Expert discovery to close 3/4/05. Summary Judgment motion to be filed by or on 3/25/05, and should be noticed. Parties are directed to meet pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing.
(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | number of notices | |
| | No notices required. | | | DEC 0 9 2004 | |
| | Notices mailed by judge's staff. | | | date docketed | |
| | Notified counsel by telephone. | | | | |
| ✓ | Docketing to mail notices. | | | docketing deputy initials | 48 |
| | Mail AO 450 form. | | | | |
| | Copy to judge/magistrate judge. | | | | |
| TH ✓ | courtroom deputy's initials | | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |